IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 4:19 CR 577 |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| TYRELL RAVNELL, | ) Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) |

JUDGE LIOI

<u>COUNT 1</u>
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about July 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant TYRELL RAVNELL, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Involuntary Manslaughter, on or about June 11, 2012, in Case Number 10CR674, in Mahoning County Common Pleas Court, knowingly possessed in and affecting interstate and foreign commerce firearms and ammunition, to wit: a Fratelli Tanfoglio, Model Witness, .45 pistol, bearing serial number AE67455; SCCY, Model CPX-2, 9mm pistol, bearing serial number 360735; Sig Sauer, Model Mosquito, .22 pistol, bearing serial number F069074; and ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offense, Defendant TYRELL RAVNELL shall forfeit to the United States all property involved in the commission of the violation charged in Count 1, including, but not limited to: a Fratelli Tanfoglio, Model Witness, .45 pistol, bearing serial number AE67455; SCCY, Model CPX-2, 9mm pistol, bearing serial number 360735; Sig Sauer, Model Mosquito, .22 pistol, bearing serial number F069074; and ammunition, seized on July 2, 2019.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.