# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-cr-577 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TYRELL RAVNELL, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Tyrell Ravnell and enter a finding of guilty against defendant. (Doc. No. 23.)

On September 26, 2019, the government filed an Indictment against defendant. (Doc. No. 1.) On January 14, 2020, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 20.)

On January 23, 2020, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging him with Possession of Firearms and Ammunition by Convicted Felon, in violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 23.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it

was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 922(g)(1). The sentencing will be held on May 14, 2020 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: February 14, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**